FILED
FEB 24 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-30028-DWD |
| ) | |
| JARED W. SAPP, ) | Title 18 |
| ) | United States Code, |
| Defendant. ) | Section(s) 471, 472 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**Manufacture of Counterfeit Obligations of the United States – 18 U.S.C. § 471**

1. On or about April 22, 2020, in or around Madison County in the Southern District of Illinois, the defendant,

**JARED W. SAPP**

with intent to defraud, did counterfeit and falsely make obligations of the United States, that is, falsely made and counterfeited Federal Reserve Notes in the denomination of $20.

In violation of Title 18, United States Code, Section 471.

### COUNT 2
**Manufacture of Counterfeit Obligations of the United States – 18 U.S.C. § 471**

2. On or about November 17, 2019, in or around Effingham County in the Southern District of Illinois, the defendant,

**JARED W. SAPP**

with intent to defraud, did counterfeit and falsely make obligations of the United States, that is, falsely made and counterfeited Federal Reserve Notes in the denominations of $100 and $20.

In violation of Title 18, United States Code, Section 471.

### COUNT 3
**Attempt to Pass Counterfeit Obligations of the United States - 18 U.S.C. § 472**

1. On or about October 13, 2019, in the Southern District of Illinois, the defendant,

**JARED W. SAPP**

with intent to defraud, did attempt to pass to a business in Effingham County, Illinois, a falsely made and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of $20, which he then knew to be falsely made and counterfeited.

In violation of Title 18, United States Code, Section 472.

### COUNT 4
**Possession of Counterfeit Obligations of the United States - 18 U.S.C. § 472**

2. On or about April 15, 2019, in Effingham County in the Southern District of Illinois, the defendant,

**JARED W. SAPP**

with intent to defraud, had in his possession falsely made and counterfeited obligations of the United States, that is, Federal Reserve Notes in the denominations of $10, $20, and $50, which he then knew to be falsely made and counterfeited.

In violation of Title 18, United States Code, Section 472.

### COUNT 5
**Attempt to Pass Counterfeit Obligations of the United States - 18 U.S.C. § 472**

3. On or about March 15, 2017, in the Southern District of Illinois, the defendant,

**JARED W. SAPP**

with intent to defraud, did attempt to pass to a business in St. Clair County, Illinois, a falsely made and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of $20, which he then knew to be falsely made and counterfeited.

In violation of Title 18, United States Code, Section 472.

A TRUE BILL

*[signature]*
PETER T. REED
Assistant United States Attorney

*[signature: Digitally signed by STEVEN WEINHOEFT, Date: 2021.01.17 15:54:17 -06'00']*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: currently in state custody on other offenses.