# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 11/11)

**IN THE UNITED STATES** ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

**IN THE CASE OF:** USA v. JARED SAPP
**FOR:** SOUTHERN DISTRICT OF ILLINOIS
**AT:** EAST ST. LOUIS

**LOCATION NUMBER:**

**PERSON REPRESENTED** *(Show your full name)*: JARED SAPP

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge:
District Court: 3:21CR30028 DWD
Court of Appeals:

**CHARGE/OFFENSE** *(describe if applicable & check box →)*: manufacture counterfeit and pass counterfeit violation of 18 USC 471 and 472
☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Self-Employed — confined now 10 months
Name and address of employer:
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 2018
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☑ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, give the amount received and identify the sources: RECEIVED $1800 — SOURCES: stimulus

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, give value and description for each — VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent, Utilities, Phone | $ | $ 550 |
| Car accident judgment | $ 10,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]
Date: 3-3-21